

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00377-CV

Hector Ricardo **CARMONA**,
Appellant

v.

Maria Eugenia **CARMONA**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVG-000327-D1
The Honorable Joe Lopez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED August 13, 2014.

_____
Catherine Stone, Chief Justice